No. 329. NOVAK v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Walter Stein* and *Mervyn R. Turk* for petitioner.

No. 341. TRANSAMERICAN FREIGHT LINES, INC., v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *James M. Marsh* and *J. Harry LaBrum* for petitioner. *Anne X. Alpern*, Attorney General of Pennsylvania, and *Edward Friedman*, Deputy Attorney General, for respondent.

No. 347. BORGMEIER v. FLEMING ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Ray M. Stroud* for Lake Delton Development Co. et al., respondents.

No. 354. ALLEN ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Bernard Susman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 355. PAN ATLANTIC STEAMSHIP CORP. v. O/Y FINLAYSON-FORSSA A/B ET AL. C. A. 5th Cir. Certiorari denied. *John W. Sims* and *T. K. Jackson, Jr.* for petitioner. *Leonard J. Matteson, Richard F. Shaw* and *Donald M. Waesche, Jr.* for respondents.

No. 357. LARSEN v. IDAHO. Supreme Court of Idaho. Certiorari denied. *J. M. Lampert* for petitioner.